1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL MANN, ET AL., | CASE NO. 1:22-CV-01277-AWI-BAM |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| EMILIA BARDINI, ET AL., | |
| Defendants. | |

The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. This case concerns Plaintiffs' asylum application, which has been pending since 2016. U.S. Citizenship and Immigration Services (USCIS) has scheduled Plaintiffs' interview, which is currently set for December 20, 2022. The parties anticipate that USCIS will soon be able to complete adjudication following the interview, thereby rendering this lawsuit moot.

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is February 10, 2023. The parties further request that all other filing deadlines be similarly extended and that the initial scheduling conference, currently set for January 19, 2023, be vacated and reset.

///

Respectfully submitted,

Dated: December 8, 2022                              PHILLIP A. TALBERT
                                                     United States Attorney

                                              By:    /s/ ELLIOT C. WONG
                                                     ELLIOT C. WONG
                                                     Assistant United States Attorney


                                                     /s/ JOSEPH JOHN SIGUENZA
                                                     JOSEPH JOHN SIGUENZA
                                                     Counsel for Plaintiff


**ORDER**

The parties having so stipulated and good cause appearing, the Court hereby ORDERS:

1. Defendants shall file an answer or other dispositive pleading on or before **February 10, 2023**; and

2. The Initial Scheduling Conference, currently set for January 19, 2023, is continued to **April 19, 2023 at 8:30 a.m**. **in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The parties shall file a Joint Scheduling Report one week prior to the conference.

IT IS SO ORDERED.

Dated:  **December 9, 2022**                         /s/ Barbara A. McAuliffe
                                                     UNITED STATES MAGISTRATE JUDGE

2